WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Bustamante, | No. CV-21-02219-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion Health Care, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 104).  Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 104).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **June 19, 2023**.

Dated this 9th day of May, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge