**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Bustamante,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Centurion Health Care, et al.,<br><br>　　　　Defendants. | No. CV-21-02219-PHX-GMS (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 111). Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 111).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **July 19, 2023**. No further extensions will be granted absent extraordinary circumstances.

Dated this 26th day of June, 2023.

　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge