**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Bustamante, | No. CV-21-02219-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion Health Care, et al., | |
| Defendants. | |

The Court has considered Defendant Thornell's Motion to Extend Dispositive Motion Deadline (Doc. 119). Good cause appearing,

IT IS ORDERED granting Thornell's Motion to Extend Dispositive Motion Deadline (Doc. 119).

IT IS FURTHER ORDERED extending the dispositive motion deadline as to Defendant Thornell to **August 25, 2023**.

Dated this 18th day of July, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge