WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Bustamante,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Centurion Health Care, et al.,<br><br>　　　　　Defendants. | No. CV-21-02219-PHX-GMS (ESW)<br><br>**ORDER** |

The Court has considered Defendant Thornell's Motion to Extend Dispositive Motion Deadline (Doc. 138). Good cause appearing,

IT IS ORDERED granting Defendant Thornell's Motion to Extend Dispositive Motion Deadline (Doc. 138) and extending the dispositive motion deadline to **September 25, 2023** as to Defendant Thornell.

Dated this 5th day of September, 2023.

　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　United States Magistrate Judge